**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 09 2012 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

LIZA LAMBERTINI,

              Plaintiff

  V.

JULIE FAIN

              Defendant

_____

**CV-12 3964**
CIVIL ACTION NO.

**JURY TRIAL DEMANDED**

HURLEY, J.
LINDSAY, M.

**SUMMONS ISSUED**

## COMPLAINT

Plaintiff, Liza Lambertini (Plaintiff, Liza Lambertini or Senior User), by its

Attorneys, James J. Lillie of LILLIE LAW, LLC, 269 Southport St, Ronkonkoma,

NY 11779, Telephone: 631.580.0437, Fax: 631.580.0107, e-mail:

JLILLIE@LILLIELAW.COM, for its Complaint against Julie Fain (Defendant, Julie

Fain or Junior User), allege as follows:

## THE PARTIES

1.    Plaintiff, Liza Lambertini is a citizen of the State of New York, residing in

Suffolk County, New York.

2.    Upon information and belief, Defendant Julie Fain is in individual residing

the State of Oklahoma.

3.     Upon information and belief, Defendant is the owner of Creativity Designs based in Oklahoma, having the interactive website www.creativitydesigns.com.

4.     Upon information and belief, Defendant is the owner of Ethereal Designs based in Oklahoma, having the interactive website www.etherealwebdesigns.com.

## SUBJECT MATTER JURISDICTION

5.     This Court has jurisdiction over the subject matter of this action pursuant to the Trademark Laws of the United States, 15 U.S.C. §§1051 to 1127, and the Copyright laws of the United States, 17 U.S.C. §101, et. seq., jurisdiction being conferred in accordance with 15 U.S.C. §1121 Jurisdiction of the Federal Courts, 28 U.S.C. §§ 1331 Federal Question, and 1338 Copyrights, Trademarks and Unfair Competition. The Court has supplemental jurisdiction over the state law and common law claims under 28 U.S.C. §1367(a).

## VENUE

6.     Venue is proper in this District pursuant to 28 U.S.C. §§1391 and 1400, as Defendant (i) regularly conducts business in this district and/or (ii) a substantial part of the events and claims arose in this district.

**PERSONAL JURISDICTION**

7.      This Court has personal jurisdiction over the Defendant because Defendant, inter alia, transacts business in New York, contracts to supply goods and services within New York, engages in persistent course of conduct within the State, and expects, or should expect their acts to have legal consequences in New York.

**FACTS**

8.      Plaintiff, Liza Lambertini began her art career at least as early as the 1990s.

9.      Plaintiff, Liza Lambertini is the sole creator and copyright owner of various pieces of art featuring fairies.

10.     Plaintiff has registered many of her works in her portfolio with the U.S. Copyright Office. Exhibit A

11.     Plaintiff owns the website www.faeriewoods.com.

12.     Plaintiff began showing her works locally and online, and then began selling them both online and via brick and mortar venues, including, inter alia, Plaintiff's website, and on E-bay, Amazon, Etsy.com, and Zazzle.

13.     Plaintiff has marketed her works, and style of works on, inter alia, LinkedIn, and Facebook.

14.     Subsequently to Plaintiff's beginning of her career, Defendant began developing works that are substantially similar to plaintiff's copyrights.

15.     Plaintiff communicated to Defendant the above, and requested that Defendant avoid the substantial similarity of plaintiff's works, including the look and feel of plaintiff's line of works.

16.     Defendant offers for sale her infringing works on an array of interactive websites, which has been sold to the general public, some without the plaintiff's knowledge, all without authorization, or consent.

17.     Defendant offers to license her infringing works on array of interactive websites, which has been sold to the general public, some without the plaintiff's knowledge, all without authorization, or consent.

18.     Plaintiff has purchased several of these items through these websites here in the State of New York, and the items were shipped to a New York address.

19.     Several of the websites are controlled by the Defendant directly, www.juliefain.com, www.fantasysilhouettes.com, www.juliefainart.com.

20.     Some of the Defendant's goods are sold on other websites, inter alia, such as Amazon.com, Etsy.com.

21.     Defendant designs and/or controls websites for third parties throughout the United States, and internationally.

22.     Defendant has consented to jurisdiction of NY via its account with Etsy.com's, inter alia, Terms & Conditions, wherein Etsy is based in the State of New York.

23.     Etsy.com lists about eighty (80) pieces of work by the Defendant. Exhibit B

## COUNT I

## COPYRIGHT INFRINGEMENT

24.     Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 though 23 of its Complaint.

25.     Plaintiff is the owner of the copyright various original and creative works of art, including images, graphic materials, and textural works, as referenced above, presented to the public on its website, on LinkedIn, E-bay, Zazzle, and Etsy.

26.     The above referenced images, graphic materials, and textural works have never been dedicated to the public.

27.     Plaintiff is the sole and exclusive proprietor of all rights, title, and interest in and to the above-referenced images, graphic materials, and textural works, including the copyrights therein.  Plaintiff has never assigned, or otherwise transferred its exclusive copyright rights or interests therein to the Defendant.

28.     On information and belief, Defendant, with knowledge of Plaintiff's prior use and /or copyright ownership in the above referenced images, graphic materials, and textural works, has willfully infringed Plaintiff's copyright by copying portions of Plaintiff's works and preparing, reproducing, publishing,

displaying, and distributing such works or derivative works created therefrom, all without Plaintiff's permission, license, or consent.

29.     As a proximate result of Defendant's actions, Plaintiff has suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits.

30.     Plaintiff is informed and believes that Defendant intends to continue to infringe Plaintiff'S copyrighted material unless enjoined by this Court.

31.     Plaintiff has no adequate remedy at law for Defendant's infringement of Plaintiff's copyrights, unless Julie Fain is temporarily, preliminarily, and permanently enjoined, Plaintiff will continue to suffer irreparable harm.

## REMEDY REQUESTED

WHEREFORE, Plaintiff Liza Lambertini requests this Court to enter the following relief for Plaintiff against Defendant and its officers, directors, agents, representatives, attorneys, and all persons acting or claiming to act on their behalf or under their direction or authority, and all persons acting in concert or in participation with Defendant:

1.      Pursuant to 17 U.S.C. §§ 501 and 502, an Order preliminarily and permanently enjoining the further duplication, manufacture, distribution, sale, and license to use, in any manner whatsoever, of any and all products bearing the Plaintiff's copyrighted design or derivative work thereof.

2.      For an Order requiring Defendant and its distributors to deliver to the Court to be impounded during the pendency of this action, any and all apparel, accessories, flyers, posters, furnishings, webpages, stationary, and any other packaging, advertisements, brochures, promotional items, and the like in their possession or control, which might, if sold or used in conjunction with the sale, distribution, or promotion of any product or service violate any injunction granted herein; and that, at the conclusion of this action, the Court order the infringing materials so held, or otherwise in the possession or control of the Defendant or its agents, or employees, to be surrendered to Plaintiff or to be destroyed pursuant to 17 U.S.C. § 503, whichever shall seem to this Court to be the most just and proper.

4.      An order restraining and enjoining Defendant, pending trial of this action, from engaging in any of the acts described above, and be directed to conform with each and every provision of this prayer for relief;

5.      That Plaintiff have an accounting for damages, and Plaintiff seeks the greater of 17 U.S.C. § 504(a)(1) Statutory Damages or §504(a)(2) Actual Damages, and for all profits together with those profits lost by Plaintiff due to Defendant's actions claimed of herein; including enhanced damages due to willful infringement pursuant to 17 U.S.C. § 504.

6.      That Defendant pay Plaintiff costs and disbursements in pursuing this action, including its reasonable attorneys' fees pursuant to 17 U.S.C. § 505; and

7.      That Plaintiff has such other and further relief as this Court may deem just and appropriate.

Respectfully submitted,

**LILLIE LAW, LLC**
269 Southport St
Ronkonkoma, NY 11779-6222
V: 631.580.0437
F: 631.580.0107
JLILLIE@LILLIELAW.COM
INFO@LILLIELAW.COM

By: _____
        James J. Lillie, Esq. (JL1871)

ATTORNEY FOR PLAINTIFF
Liza Lambertini

**Exhibit A**

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 915-566**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**AUG.    26,    1999**
Month      Day      Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**  **TITLE OF THIS WORK ▼**

FAERIES

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

---

**2**
**a**  **NAME OF AUTHOR ▼**

LIZA   LAMBERTINI

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1966         –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  USA
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

LIZA  LAMBERTINI
92  JAKETOWN  RD.
SWAN  LAKE, NY  12783

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 26 1999
ONE DEPOSIT RECEIVED
AUG. 26. 1999
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | MS | FORM TX |
| CHECKED BY | | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼     **a**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     **b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.     **a**
Name ▼                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼     **b**
LIZA LAMBERTINI
92 JAKETOWN RD
SWAN LAKE, NY 12783
Area code and daytime telephone number ▶ 914-482-3703          Fax number ▶
Email ▶ LAMBERTINI @ IN4WEB.COM

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶  ☒ author
□ other copyright claimant
□ owner of exclusive right(s)
□ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
LIZA LAMBERTINI                              Date ▶ AUG 16, 1999
Handwritten signature (X) ▼
X *Liza Lambertini*

**9**

Certificate will be mailed in window envelope to this address:

| Name ▼ |
| LIZA LAMBERTINI |
| Number/Street/Apt ▼ |
| 92 JAKETOWN RD. |
| City/State/ZIP ▼ |
| SWAN LAKE, NY 12783 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ✿ PRINTED ON RECYCLED PAPER
WEB REV: June 1999                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 674−166

EFFECTIVE DATE OF REGISTRATION

JUN  24  2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Mermaid & Hippocamp Moon fantasy

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Mermaid Moon fantasy

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a Liza Lambertini

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
10-30-166

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**Was this contribution to the work a 'work made for hire'?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No    If the answer to either of these questions is 'Yes' see detailed instructions
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a 'work made for hire'?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is 'Yes' see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** This information must be given ONLY if this work has been published.
2004

b **Date and Nation of First Publication of This Particular Work**
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Liza Lambertini
19 Ditmas Ave
Mastic NY 11950

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUN 24 2005
ONE DEPOSIT RECEIVED
JUN 24 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Liza Lambertini
19 Ditmas Ave
Mastic, NY 11950

Area code and daytime telephone number ▶ 631-281-1428          Fax number ▶ (   )

Email ▶ windspirit3@optonline.net

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liza Lambertini                    Date ▶ 6/7/2005

Handwritten signature (X) ▼

X _Liza Lambertini_

| Certificate will be mailed in window envelope to this address | **Name** ▼ Liza Lambertini |
| --- | --- |
| | **Number/Street/Apt** ▼ 19 Ditmas Ave |
| | **City/State/ZIP** ▼ Mastic, NY 11950 |

Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

*As of July 1, 1999 the filing fee for Form VA is $30*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 674 – 167**

EFFECTIVE DATE OF REGISTRATION

JUN 24 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**    Ice Cream Conjurer

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**   **NAME OF AUTHOR ▼**    Liza Lambertini

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
10-30-66

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed    2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Liza Lambertini
19 Dilmos Ave
Mastic, NY 11950

APPLICATION RECEIVED   JUN 24 2005
ONE DEPOSIT RECEIVED   JUN 24 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ **Account Number** ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Liza Lambertini
19 Ditmas Ave
Mastic, NY 11950

Area code and daytime telephone number ▶ (631) 281-1428      Fax number ▶ ( )

Email ▶ windspirit3@optonline.net

**7**

a

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liza Lambertini      Date ▶ _____

Handwritten signature (X) ▼

X _Liza Lambertini_

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Liza Lambertini

Number/Street/Apt ▼
19 Ditmas Ave

City/State/ZIP ▼
Mastic, NY 11950

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999
the filing fee for
Form VA is $30

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999
☼ PRINTED ON RECYCLED PAPER

⋆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VAu 692-617

EFFECTIVE DATE OF REGISTRATION

6    24    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   TITLE OF THIS WORK ▼
Touched by the Goddess

NATURE OF THIS WORK ▼ See Instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**   NAME OF AUTHOR ▼
**a**   Liza Lamberti

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1966

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☑ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**   Year In Which Creation of This Work Was Completed   2004 ◄ Year
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◄ Nation

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Liza Lamberti
19 Dimea Ave.
Manlin, NY 11950

APPLICATION RECEIVED   JUN 24 2005   JAN 3 1 2000
ONE DEPOSIT RECEIVED   JUN 24 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____ **FORM VA**

CHECKED BY _____

☒ **CORRESPONDENCE**
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Liza Lambertini
19 Ditmas Ave.
Mastic, NY 11950

Area code and daytime telephone number ▶ (631) 281-1428        Fax number ▶ (   )

Email ▶ windsprint3@optonline.net

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liza Lambertini        Date ▶ June 7, 2005

Handwritten signature (X) ▼

X _Liza Lambertini_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
LIZA LAMBERTINI

Number/Street/Apt ▼
19 DITMAS AVE

City/State/ZIP ▼
MASTIC   NY   11950

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC **TXu 1 – 287 – 138**

EFFECTIVE DATE OF REGISTRATION

Feb 24 2006
Month   Day   Year

IATE CONTINUATION SHEET

---

**1**

TITLE OF THIS WORK ▼

Faenewood's Silhouette Storytime

PREVIOUS OR ALTERNATIVE TITLES ▼ Faenewood's Works of Light & Magic

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Liza Lambertini

DATES OF BIRTH AND DEATH
Year Born ▼ 1966   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Childrens book of fairy's

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2006
◀ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information Month _____ Day ▶ _____ Year ▶ _____
◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
LIZA LAMBERTINI
19 DITMAS AVC
MASTIC NY 11950

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 2 4 2006
ONE DEPOSIT RECEIVED
FEB 2 4 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No. If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▶     Year of Registration ▶

**6**
a

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**
a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
LIZA LAMBERTINI
19 DITMAS AVE
MASTIC, NY 11950
Area code and daytime telephone number ▶ 631 281 1428    Fax number ▶
Email ▶

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
☑ author
☐ other copyright claimant
Check only one ▶
☐ owner of exclusive right(s)
☐ authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Liza Lambertini     Date ▶ 2 18 2006

Handwritten signature (X) ▼
X _Liza Lambertini_

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
LIZA LAMBERTINI
Number/Street/Apt ▼
19 DITMAS AVE
City/State/ZIP ▼
MASTIC, NY 11950

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev July 2003   @ Printed on recycled paper      U.S. Government Printing Office: 2000-461 113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 680 – 630**

EFFECTIVE DATE OF REGISTRATION

Mar. 31 2006
Month    Day    Year

---

**1**

Title of This Work ▼    NATURE OF THIS WORK ▼ See Instructions

*Freezewood's Works of Light & Magic Picture Catalog*    Art Catalog

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
a    Liza Lambertini

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1966

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR {  Citizen of _____ USA _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR {  Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☑ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

a    Year in Which Creation of This Work Was Completed    2006
This information must be given in all cases.    Year in all cases.

b    Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Liza Lambertini / 19 Ditmas Ave. / Mastic, NY 11950

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 3 1 2006
ONE DEPOSIT RECEIVED
MAR 3 1 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Liza Lambertini   /  19 Ditmas Ave.   /  Mastic, NY 11950

b

Area code and daytime telephone number   ( 631 ) 281-1428          Fax number   (    )

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liza Lambertini                                      Date  March 24, 2006

Handwritten signature (X) ▼

x  _Liza Lambertini_                              3/24/2006

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
Liza Lambertini

Number/Street/Apt ▼
19 Ditmas Ave.

City/State/ZIP ▼
Mastic, NY 11950

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev: June 2002   ● Printed on recycled paper          U.S. Government Printing Office 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG#

**TXu 1 – 336 – 273**

EFFECTIVE DATE OF REGISTRATION

DECEMBER 19, 2006

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Faeriewood's Light & Magic Art Catalog: Art by Liza Lambertini

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Liza Lambertini

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1966

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶    Day ▶    Year ▶    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼  LIZA  LAMBERTINI

14 DITMAS AVE
MASTIC NY  11950 - 4412

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  DEC 19 2006
ONE DEPOSIT RECEIVED  DEC 19 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | JRI | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on the application.

If your answer is Yes, give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Liza Lamberton
19 Dumas Ave.
Mastic NY 11950-4412

**b**

Area code and daytime telephone number ► 631  281  1428          Fax number ►

Email ►

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Liza Lamberton          Date ► December 1, 2006

Handwritten signature (X) ▼

X _Liza Lamberton_

| Certificate will be mailed in window envelope to this address | Name ▼ Liza Lamberton |
|---|---|
| | Number/Street/Apt ▼ 19 Dumas Ave |
| | City/State/ZIP ▼ Mastic NY 11950-4412 |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxxx · Web Rev: July 2003 ⏚ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 990-796

**Effective date of
registration:**

November 13, 2007

---

## Title

**Title of Work:** CATALOG OF ARTWORK BY ARTIST LIZA LAMBERTINI

**Nature of Work:** Original Art by Liza Lambertini

## Completion/ Publication

**Year of Completion:** 2007

## Author

**Author:** Liza  Lambertini

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1966

**Anonymous:** No                           **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Liza  Lambertini

19 Ditmas Ave., Mastic, NY 11950

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Liza Lambertini

**Date:** November 7, 2007

**Registration #:** VAU000990796

**Service Request #:** 1-28963745

LIZA LAMBERTINI
19 DITMAS AVE
MASTIC, NY 11950-4412

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 999-344

**Effective date of
registration:**
August 25, 2008

---

## Title
**Title of Work:** Catalog of artwork by Liza Lambertini

## Completion/ Publication
**Year of Completion:** 2008

## Author
■ **Author:** Liza Lambertini
**Author Created:** 2-Dimensional artwork

**Citizen of:** United States
**Year Born:** 1966

## Copyright claimant
**Copyright Claimant:** Liza Lambertini
19 Ditmas Ave, Mastic, New York 11950-4412, United States

## Rights and Permissions
**Name:** Liza Lambertini
**Email:** worksoflightmagic@yahoo.com          **Telephone:** 631-281-1428
**Address:** 19 Ditmas Ave
Mastic, New York 11950-4412  United States

## Certification
**Name:** Liza Lambertini
**Date:** August 18, 2008

**Registration #:** VAU000999344

**Service Request #:** 1-101771276

Liza Lambertini
19 Ditmas Ave
Mastic, New York 11950-4412 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 978-286**

**Effective date of
registration:**

September 29, 2008

## Title

**Title of Work:** Catalog of art by Liza Lambertini September 2008

## Completion/ Publication

**Year of Completion:** 2008

## Author

**Author:** Liza Lambertini

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Liza Lambertini

19 Ditmas Ave, Mastic, NY, 11950, United States

## Rights and Permissions

**Name:** Liza Lambertini

**Email:** worksoflightmagic@yahoo.com    **Telephone:** 631-281-1428

**Address:** 19 Ditmas Ave

Mastic, NY 11950  United States

## Certification

**Name:** Liza Lambertini

**Date:** September 23, 2008

IPN#:

Registration #:   VAU000978286

Service Request #:   1-131454009

Liza Lambertini
19 Ditmas Ave
Mastic, NY 11950  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 989-908

**Effective date of
registration:**
December 8, 2008

## Title

**Title of Work:** November 2008 art catalog by Liza Lambertini

## Completion/ Publication

**Year of Completion:** 2008

## Author

■ **Author:** Liza Lambertini

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Liza Lambertini

19 Ditmas Ave, Mastic, New York, 11950-4412, United States

## Rights and Permissions

**Name:** Liza Lambertini

**Email:** worksoflightmagic@yahoo.com          **Telephone:** 631-281-1428

**Address:** 19 Ditmas Ave

Mastic, New York 11950-4412 United States

## Certification

**Name:** Liza Lambertini

**Date:** November 30, 2008

**Registration #:**   VAU000989908

**Service Request #:**  1-173642719

Liza Lambertini
19 Ditmas Ave
Mastic, New York 11950-4412 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 990-970

**Effective date of
registration:**

January 6, 2009

## Title

**Title of Work:** December 2008 Art Catalog by Liza Lambertini

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Liza Lambertini

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Liza Lambertini

19 Ditmas Ave, Mastic, New York, 11950-4412, United States

## Rights and Permissions

**Name:** Liza Lambertini

**Email:** worksoflightmagic@yahoo.com          **Telephone:** 631-281-1428

**Address:** 19 Ditmas Ave

Mastic, New York 11950-4412  United States

## Certification

**Name:** Liza Lambertini

**Date:** December 27, 2008

**Registration #:**   VAU000990970

**Service Request #:**   1-179483109

Liza Lambertini
19 Ditmas Ave
Mastic, New York 11950-4412  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 988-417

**Effective date of registration:**

March 25, 2009

---

## Title

**Title of Work:** March 2009 Catalog by Liza Lambertini

## Completion/ Publication

**Year of Completion:** 2009

## Author

**Author:** Liza Lambertini

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Liza Lambertini

19 Ditmas Ave., Mastic, NY, 11950-4412

## Rights and Permissions

**Name:** Liza Lambertini

**Email:** worksoflightmagic@yahoo.com

**Address:** 19 Ditmas Ave.

Mastic, NY 11950-4412

## Certification

**Name:** Liza Lambertini

**Date:** March 25, 2009

IPN#:

Registration #:   VAU000988417

Service Request #:   1-174239021

Liza Lambertini
19 Ditmas Ave.
Mastic, NY 11950-4412

**Exhibit B**

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 39 of 46 PageID #: 39

Items Shop Registry                                                          Blog Community Help

Register      Sign in      julie fain                                    Search        Cart

**julie fain** 80 items                                                   Sort by Relevancy

- **All Items**
  Handmade 79
  Vintage 0
  Supplies 5

Handmade
Art 66
Patterns 7
Everything Else 3
Candles 2
Jewelry 1

Supplies
Pattern 1

**Shop Location**
- All locations
  Ronkonkoma, NY 0
  Change

Ships to
**United States**  ▶

**Price**
- All prices
  $   to $   ▶



| | | | |
|---|---|---|---|
| Unspoken Mermaid Art Print ... | Cross Stitch Pattern "Moonlit ... | Existence Mermaid Art Print ... | Pegasus Art Print by Julie Fai... |
| juliefainart | TiltonCrafts | juliefainart | juliefainart |
| Sorrow Art Print by Julie Fain... | Mystic Forest Fairy Art Print ... | Make A Wish Large Fairy Art ... | Make A Wish Fairy Art Print b... |
| juliefainart | juliefainart | juliefainart | juliefainart |
| Stargazing Fairy Art Print by ... | A Chance Encounter Art Print ... | Rosalie's Moon Cat Art Print ... | Titania Fairy Art Print by Julie... |
| juliefainart | juliefainart | juliefainart | juliefainart |
| Little Blessing Fairy Art Print | Cross Stitch Pattern "Mother... | Cross Stitch Pattern "Fairy S... | Cross Stitch Pattern "Fairy A... |
| juliefainart | TiltonCrafts | TiltonCrafts | TiltonCrafts |
| Cross Stitch Pattern "Mystic... | Cross Stitch Pattern "Existan... | Cross Stitch Pattern "Celesti... | Cross Stitch Pattern "Star G... |
| TiltonCrafts | TiltonCrafts | TiltonCrafts | TiltonCrafts |
| Divinity Angel Art Print by Juli... | Enchanted Unicorn Art Print... | Forbidden Love Fairy Art Prin... | Angel at Dawn Art Print by Ju... |
| juliefainart | juliefainart | juliefainart | juliefainart |

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 40 of 46 PageID #: 40






Enchanted Glimpse Fairy Art...
juliefainart

Moonlight Kiss Art Print by Ju...
juliefainart

Cries of the Night Wolf Art Pri...
juliefainart

Seeking Serenity Fairy Art Pri...
juliefainart






Butterfly Keeper Fairy Art Pri...
juliefainart

The Dreamer Fairy Art Print b...
juliefainart

Dragon Moon Laptop Sleeve
juliefainart

Moonlit Water Fairy Candle H...
juliefainart






Cries of the Night Wolf Hurric...
juliefainart

A Promise Fairy Art Print by J...
juliefainart

Wolves Peak Art Print by Juli...
juliefainart

Dragon Myst Art Print by Juli...
juliefainart






Titania Large 16x20 Print by...
juliefainart

Moonlit Water Large 16x20 P...
juliefainart

Fairy Sisters Art Print by Julie...
juliefainart

Little Miracle Baby Art Print b...
juliefainart

Looking for shops?   juliefainart   Saturdayofjuly   juliechifelea   See more...

1   2

© 2012 Etsy, Inc.   English (US) United States Dollar United States

Mobile  Blog  About  Contact  Press  Developers  Careers  Terms  Privacy  Copyright

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 41 of 46 PageID #: 41

Register   Sign In   **julie fain**

**Search**   Cart

- **All Items**
  - Handmade 79
  - Vintage 0
  - Supplies 3

Handmade
- 86
- Patterns 7
- Everything Else 3
- Candles 2
- Jewelry 1

Supplies
- Pattern 1

**Shop Location**
- All locations
  - Ronkonkoma, NY 0
  - change

- Ships to
  - **United States** ▶

**Price**
- All prices
  - $ ___ to $ ___ ▶

**julie fain** 80 items

Sort by  Relevancy


A Chance Encounter Large 1 ..
juliefainart


Dancing in the Moonlight Lar ..
juliefainart


Unspoken Large 16x20 Print
juliefainart


Mermaid Sunset Large 16x20 .
juliefainart


Forbidden Love Large 16x20
juliefainart


Believe Large 16x20 Print by
juliefainart


A Promise Large 16x20 Print
juliefainart


Mystic Forest Large 16x20 Pr ..
juliefainart


Enchanted Unicorn Large 16 ..
juliefainart


Pixie Dreams Large 16x20 Pr ..
juliefainart


Divinity Angel Silhouette Larg ..
juliefainart


Pixie Dust Large 16x20 Print
juliefainart


Fairy Sisters Large 16x20 Pri ..
juliefainart


Stargazing Large 16x20 Print ..
juliefainart


Mermaid Dreams Large 16x2 ..
juliefainart


Dragon Moon Large 16x20 P ..
juliefainart


Fairy Dusters Large 16x20 Pr ..
juliefainart


Wolves Peak Large 16x 20" ..
juliefainart


Tranquility Large 16x20 Print
juliefainart


Hidden Realm Large 16x20 P ..
juliefainart


Seeking Serenity 16x20 Larg ..
juliefainart


Catch a Falling Star Large 16 ..
juliefainart


Existence Large 16x20 Print
juliefainart


Motherhood Large 16x20 Pri ..
juliefainart

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 42 of 46 PageID #: 42


Unicorn Dreams Large 16x20 ..
juliefainart


Cries of the Night Large 16x2 ..
juliefainart


Bella Luna Large 16x20 Print..
juliefainart


Enchanted Glimpse Large 16..
juliefainart


Fairy at Sunset Large 16x20
juliefainart


Into the Storm Large 16x20 P
juliefainart


The Protector Large 16x20 P
juliefainart


Indigo Fairy Large 16x20 Prin
juliefainart


Angel at Dawn Large 16x20
juliefainart


Angelic Large 16x20 Print by ..
juliefainart


The Dreamer Large 16x20 Pr
juliefainart


Twilight to Starlight Large 16 ..
juliefainart


Faery Moon Large 16x20 Pri..
juliefainart


Etsy Banner Set - Premade E..
juliefainart


Etsy Banner Set - Premade E
juliefainart


Etsy Banner Set - Premade E
juliefainart

1  **2**

© 2012 Etsy, Inc.

Mobile  Blog  About  Contact  Press  Developers  Careers  Terms  Privacy  Copyright

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 43 of 46 PageID #: 43



*julie fain* on Etsy, a global handmade and vintage marketplace.

Page 2 of 2

Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 44 of 46 PageID #: 44

   

   

   

   

Looking for shops?   juliafaiani   Saturdays of July   leliachiciela   See more.

1   »

Case 2:12-cv-03904-DRH-ARL Document 1 Filed 08/09/12 Page 45 of 46 PageID #: 45



Case 2:12-cv-03964-DRH-ARL   Document 1   Filed 08/09/12   Page 46 of 46 PageID #: 46



1  2